UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
LAURA LITINSKY,  :  Docket No.: 07-CV-11475(RJS)
 :
            Plaintiff,  :  Judge: Sullivan
 :
against  :
 :
DIAMANTE THE DIAMOND  :
MANUFACTURERS, INC., RAFAEL  :
ZAKARIA, AND THE GEMOLOGICAL  :
INSTITUTE OF AMERICA,  :
 :
            Defendants.
---------------------------------------- X

### DECLARATION OF PLAINTIFF LAURA LITINSKY IN SUPPORT OF HER ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION TO PRESERVE THE STATUS QUO

Laura Litinsky hereby declares as follows under penalty of perjury:

1. I am the Plaintiff in the action herein.

2. I am a resident of the State of Florida.

3. I make this declaration in support of my order to show cause for a temporary restraining order and preliminary injunction, pursuant to Fed. R. Civ. P. 64 and 65 and N.Y. C.P.L.R. § 7109(a), to preserve the status quo pending trial on the merits of my underlying action. I ask that the Court preliminary restrain and enjoin Defendant the Gemological Institute of America ("GIA") its servants, employees, agents, representatives, and all persons acting in concert with them, from transferring the 5.02 carat oval cut brilliant F-VVS2 diamond subject of GIA Report 12011455 and GIA Report 16434784 (the "Diamond") to Defendants Diamante The Diamond Manufacturers, Inc. ("Diamante") and Rafael Zakaria ("Zakaria"), or from removing, transferring, dismantling, selling, pledging or otherwise disposing of the Diamond or permitting

the Diamond to become subject to a security interest or lien.

      4.      I am fully familiar with all of the facts and circumstances of this action.

      5.      On September 24, 2003, I purchased the a ring for $180,000 from Bulgari, 30 rue du Rhone, 1204, Genève, Switzerland (the "Ring"). The Diamond was set within the Ring along with two other diamonds of 0.95 carats. A copy of the sales receipt for the purchase of the Ring and the Diamond is attached to this Declaration as Exhibit 1.

      6.      When I purchased the Ring and the Diamond, Bulgari presented me with GIA Certificate 12011455, dated May 22, 2002, which attests to the quality and identity of the Diamond. A copy of GIA Certificate 12011455 is attached to this Declaration as Exhibit 2.

      7.      On November 15, 2007, Bulgari sent me a duplicate copy of the sales receipt for the Ring and the Diamond and a duplicate copy of GIA Certificate 12011455. A copy of Bulgari's November 15, 2007 letter is attached to this Declaration as Exhibit 3.

      8.      On November 18, 2006, I attended a private party at the Norton Museum of Art, located at 1451 South Olive Avenue, West Palm Beach, Florida. I wore the Ring to the party.

      9.      When I arrived home after the private party, I discovered that the Diamond was not within its setting in the Ring.

      10.      The next morning, I contacted the host of the private party, the director of the Norton Museum, the administrative staff of the Norton Museum, the lost and found department of the Norton Museum, the cleaning crew at the Norton Museum and the caterer of the private party to see if they had or could locate the Diamond. No one I contacted was able to locate the Diamond.

      11.      On December 4, 2006, I reported the Diamond as lost to the West Palm Beach, Florida Police Department. A copy of the West Palm Beach Police Report for the Diamond is

attached to this Declaration as Exhibit 4.

12. I described the Diamond to the police as a 5.02 carat oval Bulgari diamond which was not insured. I also informed the police that the Diamond could be "identified through paperwork and markings" (Ex. 4.) and that I was contacting local pawn shops to see if they has come into possession of the Diamond.

13. On December 20, 2006, I telephoned GIA to report the Diamond lost. I spoke with Joe Graff of GIA.

14. Also on December 20, 2006, I sent Mr. Graff a facsimile letter to report the Diamond lost. A copy of my December 20, 2006 letter to Mr. Graff is attached to this Declaration as Exhibit 5. I included with my facsimile letter a copy of the West Palm Beach Police Report (Ex. 4) and a copy of GIA Certificate 12011455 (Ex. 2).

15. I described the Diamond to Mr. Graff and GIA as a "5.02 Oval Brilliant VVS2/F, Bulgari diamond". I told Mr. Graff and GIA that the Diamond "fell out of its setting the evening of November 18, 2006" and asked Mr. Graff and GIA to "inform the police if at anytime in the future anyone requests a GIA certificate on this stone." (Ex. 5.)

16. On or about November 19, 2007, I received a letter from Ivy R. Cutler of GIA. This letter stated that another GIA client had submitted the Diamond to GIA. A copy of GIA's November 19, 2007 letter is attached to this Declaration as Exhibit 6. The letter asked me to consent to release my contact information to the other GIA client and indicated that GIA would make the same request of the other GIA client.

17. On or about November 27, 2007, I received another letter from Ivy R. Cutler of GIA. This letter stated that Diamante was the other GIA client that submitted the Diamond to GIA. A copy of GIA's November 27, 2007 letter is attached to this Declaration as Exhibit 7.

The letter also indicated that Diamante and I had competing claims of ownership over the Diamond.

18. The November 27, 2007 letter also indicated that GIA had created a second GIA Certificate for the Diamond, GIA Certificate 16434784.

19. The November 27, 2007 letter stated that if I "d[id] not (a) resolve with Diamante these competing claims or ownership or (b) obtain a directive from law enforcement or an order, from a court having jurisdiction over GIA, directing GIA to hold the [D]iamond or to deliver it to a third-party, then GIA will consider returning the [D]iamond to Diamante – as the party who delivered the diamond to GIA." (Ex. 7.)

20. Gary Kovacs and Joshua Ruthizer, my counsel and associates with the law firm of Proskauer Rose, attempted to resolve the ownership dispute of the Diamond without litigation but were unsuccessful.

21. My counsel also asked Diamante and Zakaria to enter into a standstill agreement so that the Diamond would not be returned to Diamante and Zakaria until ownership of the Diamond was decided. They were unsuccessful in these attempts as well.

22. No previous application has been made for the relief requested.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  Boca Raton, Florida
        December 20, 2007

_____
Laura Litinsky

# BVLGARI

Mrs. Laura LITINSKY
17052 Brookwood Dr.

BOCA RATON, FL 33496
USA

*No. VAT 144477*

Geneva, September 24th, 2003

## INVOICE

### Your purchase of 24th September 2003

RD373    One ring in platinum set with one diamond oval cut (5,02 cts) F-VVS2 and two tapered baguette diamonds (0,95 cts) F-VVS2

Price (VAT incl.) : USD 180'000.-


Invoice paid.
With our thanks.

BULGARI SA
30, rue du Rhône · CH-1204 Genève · Tél.: +41 22 317 70 70 · Fax: +41 22 817 70 75
Vja Serlas 24 · CH-7500 St. Moritz, Tel.: +41 81 833 72 30 · Fax: +41 81 833 73 05
Bahnhofstrasse 25 · CH-8001 Zürich · Tel.: +41 1 213 53 03 · Fax: +41 1 212 53 04
Administration: 30, rue du Rhône · CH-1204 Genève · Tél.: +41 22 319 06 60 · Fax: +41 22 317 70 75

## GEM TRADE LABORATORY

Carlsbad
5355 Armada Drive | Carlsbad, CA 92008-4599
T: 760-603-4500 | F: 760-603-1814

# DIAMOND GRADING REPORT

May 22, 2002

| | |
|---|---|
| Shape and Cutting Style | OVAL BRILLIANT |
| Measurements | 12.93 x 8.58 x 5.96 mm |
| Weight | 5.02 carat |

**Proportions**

| | |
|---|---|
| Depth | 65.4 % |
| Table | |
| Girdle | SLIGHTLY THICK TO VERY THICK, FACETED |
| Culet | NONE |

**Finish**

| | |
|---|---|
| Polish | VERY GOOD |
| Symmetry | GOOD |
| Clarity Grade | VVS2 |
| Color Grade | F |
| Fluorescence | NONE |

Comments:
NONE

GIA REPORT 12011455

**GIA CLARITY SCALE**
- FLAWLESS
- INTERNALLY FLAWLESS
- VVS1 / VVS2 — VERY VERY SLIGHTLY INCLUDED
- VS1 / VS2 — VERY SLIGHTLY INCLUDED
- SI1 / SI2 — SLIGHTLY INCLUDED
- I1 / I2 / I3 — INCLUDED

**GIA COLOR SCALE**
- D, E, F — COLORLESS
- G, H, I, J — NEAR COLORLESS
- K, L, M — FAINT
- N, O, P, Q, R — VERY LIGHT
- S, T, U, V, W, X, Y, Z — LIGHT

This Report is not a guarantee, valuation or appraisal. This Report contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed by GIA Gem Trade Laboratory under 10X magnification, and/or has been tested using the techniques and equipment available to the Gem Trade Laboratory...
...color comparison diamonds, standardized viewing environment and light source, electronic carat balance, synthetic diamond screening device, high intensity short wave fluorescence imaging system, short wave ultraviolet transmission detection system, optical measuring device, micro laser inscription device, ProportionScope®, ultraviolet lamps, millimeter gauge and ancillary instruments as necessary. Red symbols denote internal characteristics (inclusions). Green/black symbols denote external characteristics (blemishes). Diagram is an approximate representation of the diamond, and symbols shown indicate type, position and approximate size of clarity characteristics. Minor characteristics may not be shown. Details of finish are not shown. The recipient of this Report may wish to consult a credentialed Jeweler or Gemologist about the importance and interrelationship of cut, color, clarity and carat weight.



IMPORTANT DOCUMENT, STORE SAFELY



**KEY TO SYMBOLS**
⌐ Feather

# BVLGARI

November 15, 2007

Dear Mrs. Letinsky,

Attached you will find a copy of the sales receipt for your purchase of our ring reference, RD373, that took place in the Bulgari Geneva shop in 2003. A copy of the GIA certificate is also enclosed for this diamond ring and it is described as such: oval cut 5.02cts. F VVS2 and its certificate is GIA certificate# 12011455.

Sincerely,

Carmen Damiani
Bulgari Retail USA

Nov 15 06 03:27p   West Palm Beach P D   561 653-2829   p.2

User: DKAPPER

## WEST PALM BEACH
### Event Report

12/04/06 08:54:22

Event ID: 06-00160815    Call Ref #: 643

Date/Time Received: 12/04/06 08:19:48

Rpt #:    Call Source: PHONE    Prime DPR1
Unit: KAPPER, DENISE

Services Involved: LAW

Location: 1451 S OLIVE AVE
X-ST: DIANA PL
      ACTAEON PL
Business: NORTON MUSEUM OF ART    Phone: (561) 832-5196

Jur: CAD    Service: LAW    Agency: WPB
St/Beat: 4    District: D2    RA: S2

Nature: LOST OR FOUND PROPERTY    Alarm Lvl: 1    Priority: 4    Medical Priority:

Reclassified Nature:

Caller: LAURA
Addr: 1451 S OLIVE AVE    Phone: [redacted]    Alarm:
Vehicle #:    St:    Alarm Type:
    Report Only: No    Race:    Sex:    Age:
Call Taker: MMACKEY    Console: EYE
Geo-Verified Addr.: Yes    Nature Summary Code:    Disposition: CAD    Close Comments:

Notes: ON THIS DATE, I SPOKE WITH LAURA LITINSKY, BY PHONE. LITINSKY REPORTE DTHE LOSS OF A 5.02 OVAL DIAMOND, THAT FELL OUT OF HER RING, ON 11-18-06, BETWEEN 2100 - 2300. THE INCIDENT OCCURRED AT 1451 S OLIVE AVE - NORTON MUSEUM OF ART, DURING A DINNER PARTY. THE DISCOVERY WAS MADE WHEN LITINSKY ARRIVED HOME. THE DIAMOND WAS DESCRIBED AS A "bulgari", and was valued at $125,000.00. THE RING WAS NOT INSURED. LITINSKY WILL CALL AROUND TO LOCAL PAWN SHOPS TO ASCERTAIN IF IT WAS TURNED IN, BECAUSE THE DIAMOND CAN BE IDENTIFIED THROUGH PAPERWORK AND MARKINGS. THE CAD # WAS ISSUED.

LAURIA LITINSKY  WF  10051949
17052 BROOKWOOD DR
BOCA RATON, FL 33496

[redacted] 12/04/06 08:53:48 DKAPPER]
ADV SGT COPPIN OF CALL HOLDING VIA RADIO. [12/04/06 08:34:29 KGASKIN]
ALT # [redacted] .REF TO LOSING A DIAMOND FROM HER RING... [12/04/06 08:21:30 MMACKEY]

Call Received: 12/04/06 08:19:48
Call Routed: 12/04/06 08:21:45
Call Take Finished: 12/04/06 08:21:45
1st Dispatch: 12/04/06 08:41:32
1st En-Route:
1st Arrive:
Last Clear: 12/04/06 08:54:13

Time From Call Received
000:01:57
000:01:57    Unit Reaction: : :
000:21:44  (Time Held)    En-Route: : :
                          On-Scene: : :
    :  :    (Reaction Time)
000:34:25

(1st Dispatch to 1st Arrive)
(1st Dispatch to 1st En-Route)
(1st Arrive to Last Clear)

| Unit | Empl ID | Type | Description | Radio Log Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| DPR1 | 01168 | D | Dispatched | 12/04/06 08:41:32 | Stat/Beat: CITY | | DKAPPE |
| DPR1 | 01168 | C | Cleared | 12/04/06 08:54:13 | | CAD | DKAPPE |

Incl

Page 1

December 20, 2006

Mr. Joe Graff
GIA
5355 Armada Drive
Carlsbad, CA 92008-4699

Dear Sir:

I spoke with you this morning to report a lost stone. As you requested I am faxing a copy of the police report from West Palm Beach, Florida and a copy of the GIA certificate along with this letter.

The 5.02 Oval Brilliant, VVS2/F, Bulgari diamond fell out of its setting the evening of November 18th, 2006.

Please inform the police if at anytime in the future anyone requests a GIA certificate on this stone. You can reach me at my home, 17052 Brookwood Drive, Boca Raton, FL 33496; Tel ▇▇▇▇▇▇ Fax ▇▇▇▇▇▇

Should this occur many years from now, you can always reach us through my husband's office. Delray Eye Associates, 16201 S. Military Trail, Delray Beach, FL 33484, Tel 561 498 8100.

I appreciate your assistance. I would be overjoyed if my beloved diamond turns up someday.

Thank you.

Sincerely,


Laura Litinsky



**GIA**
GEMOLOGICAL INSTITUTE OF AMERICA®
Laboratory

New York Headquarters
580 Fifth Avenue Suite 200 | New York, NY 10036-4754
T: 212-221-5858 | F: 212-575-3095

Carlsbad
5355 Armada Drive | Carlsbad, CA 92008-4699
T: 760-603-4500 | F: 760-603-1814
www.gia.edu

November 19, 2007

VIA First Class Mail & Fax

Mrs. Laura Litinsky
17052 Brookwood Drive
Boca Raton, Florida 33496
561-483-4106 Fax

Re: 5.02 Carat Oval Brilliant Diamond GIA Report 12011455

Dear Mrs. Litinsky,

GIA has received notice from ( Laura Litinsky) a claim of ownership with respect to the above referenced diamond (the "Diamond"), which was submitted to GIA by another GIA client (the "Submitting Client"), which also claims to be the rightful owner of the Diamond.

In an effort to facilitate resolution of these competing claims of ownership, we hereby request (Laura Litinsky) consent to disclose to the Submitting Client, Laura Litinsky's identity and contact information. We are requesting similar permission from the Submitting Client.

Please confirm your consent to the foregoing by countersigning and returning to us a copy of this letter. Thank you.

Sincerely,
GIA Laboratory

Ivy R. Cutler GG
Records Department
212-221-5858 ext. 3539
212-997-7661 Fax


CONSENTED TO THIS____DAY OF (November, 2007)

BY: _____
      Mrs. Laura Litinsky


The World's Foremost Authority in Gemology™ | Ensuring the Public Trust through Nonprofit Service since 1931



New York Headquarters
580 Fifth Avenue Suite 200 | New York, NY 10036-4794
T: 212-221-5858 | F: 212-575-3095

Carlsbad
5355 Armada Drive | Carlsbad, CA 92008-4699
T: 760-603-4500 | F: 760-603-1814
www.gia.edu

November 27, 2007

VIA First Class Mail

Mrs. Laura Litinsky
17052 Brookwood Drive
Boca Raton, Florida 33496

Mr. Rafael Zakaria, President
Diamante
550 South Hill Street # 1260
Los Angeles, California 90013

Re: **5.02 Carat Oval Brilliant Diamond**
    **GIA Report 12011455 & GIA Report 16434784**

Dear Ms. Litinsky & Mr. Zakaria,

GIA has received from each of you (Mr. Zakaria on behalf of Diamante), competing claims of ownership with respect to the above referenced diamond (the "Diamond"), which was submitted to GIA by Diamante but for which Ms. Litinsky also claims to be rightful owner. Further to your respective consents to exchange contact information, set forth above is the respective contact information for each of you.

Please be advised that if within thirty (30) days from the date of this letter, Ms. Litinsky, does not (a) resolve with Diamante these competing claims of ownership, or (b) obtain a directive from law enforcement or an order, from a court having jurisdiction over GIA, directing GIA to hold the diamond or to deliver it to a third-party, then GIA will consider returning the diamond to Diamante -- as the party who delivered the diamond to GIA.

Please be guided accordingly.

If either of you wishes to discuss this matter please contact us.

Sincerely,
GIA Laboratory

Ivy R. Cutler GG
Records Department
212-221-5858 ext. 3539
212-997-7661 Fax

Cc Todd B. Marcus, Esq.
   Gary Kovacs, Esq.
   Ruben Yoshelme, Esq.

The World's Foremost Authority in Gemology™ | Ensuring the Public Trust through Nonprofit Service since 1931