## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, pursuant to the Order to Show Cause entered

by Judge Richard J. Sullivan on December 21, 2007 in *Litinsky v. Diamante The Diamond*

*Manufacturers, Inc., Rafael Zakaria and the Gemological Institute of America*, 07-CV-11475

(S.D.N.Y.) (RJS) (GWG) (ECF Case) (the "Action"), I caused to be served, by UPS Next Day

Air Mail Saturday Delivery and Facsimile the following documents in the Action:

1. **ORDER TO SHOW CAUSE ENTERED BY JUDGE SULLIVAN ON DECEMBER 21, 2007;**

2. **SUMMONS;**

3. **VERIFIED COMPLAINT;**

4. **DECLARATION OF LAURA LITINSKY IN SUPPORT OF HER ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION TO PRESERVE THE STATUS QUO;**

5. **DECLARATION OF JOSHUA RUTHIZER IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION;**

6. **DECLARATION OF GARY KOVACS IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION;**

7. **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION TO PRESERVE THE STATUS QUO;**

8. **INDIVIDUAL PRACTICES OF JUDGE RICHARD J. SULLIVAN;**

9. **3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL;**

10. **GUIDELINES FOR ELECTRONIC CASE FILING;**

11. **PROCEDURES FOR ELECTRONIC CASE FILING; AND**

12. **INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN;**

upon:

Rafael Zakaria and Diamante The Diamond Manufacturers Inc.
550 South Hill Street # 1260
Los Angeles, CA  90013
Fax:  213-622-3600
*Defendants*

Reuben Yeroushalmi
Yeroushalmi & Associates
Wilshire Park Place
3700 Wilshire Boulevard, Suite 480
Los Angeles, CA  90010
Fax:  213-382-3430
Email: lawfirm@yeroushalmi.com
*Purported Counsel to Defendants Rafael Zakaria and Diamante The Diamond Manufacturers
Inc.*

Todd B. Marcus
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Fax:  212-884-8489
Email: todd.marcus@dlapiper.com
*Counsel to Defendant Gemological Institute of America*


I hereby also certify that on December 21, 2007, pursuant to the Order to Show Cause entered by

Judge Sullivan, I also caused the above documents to be served by electronic mail upon Todd

Marcus and Reuben Yeroushalmi at the electronic mail addresses listed above.



Dated: New York, New York
         December 21, 2007

_____
Joshua W. Ruthizer, Esq.