UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LAURA LITINSKY                          :
                                        :
                    Plaintiff,          :
                                        :     Docket No.:  07-cv-11475 (RJS)
        against                         :     (GWG) [ECF Case]
                                        :
DIAMANTE THE DIAMOND                     :
MANUFACTURERS, INC., RAFAEL              :
ZAKARIA, AND THE GEMOLOGICAL             :
INSTITUTE OF AMERICA                     :
                                        :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**SUPPLEMENTAL DECLARATION OF JOSHUA RUTHIZER IN SUPPORT OF
PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING
A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

Joshua Ruthizer hereby declares as follows under penalty of perjury:

1.      I am an associate with the law firm of Proskauer Rose LLP, 1585 Broadway, New

York, New York and counsel to the Plaintiff Laura Litinsky in this action.

2.      I make this declaration in support of Mrs. Litinsky's order to show cause for a

temporary restraining order and preliminary injunction, pursuant to Fed. R. Civ. P. 64 and 65 and

N.Y. C.P.L.R. § 7109(a), to preserve the status quo pending trial on the merits of Mrs. Litinsky's

underlying causes of action.  Mrs. Litinsky asks that the Court preliminarily restrain and enjoin

Defendant the Gemological Institute of America ("GIA") its servants, employees, agents,

representatives, and all persons acting in concert with them, from transferring the 5.02 Cara Oval

Brilliant Diamond subject of GIA Report 12011455 and GIA Report 16434784 (the "Diamond")

to Defendants Diamante The Diamond Manufacturers, Inc. ("Diamante") and Rafael Zakaria

("Zakaria"), the President of Diamante, or from removing, transferring, dismantling, selling,

pledging or otherwise disposing of the Diamond or permitting the Diamond to become subject to a security interest or lien.

3.      The purpose of this declaration is to put before the court facts and relevant documents concerning service of the Order to Show Cause in this action entered by Judge Richard J. Sullivan on December 21, 2007 (the "Order"), its supporting papers and the Summons(es) and Verified Complaint upon all Defendants on December 21, 2007 and additional service on December 24, 2007.  A copy of the Order is attached to this declaration as Exhibit A.

I.      **December 21, 2007 Service**

4.      On December 21, 2007, I caused to be served by UPS Next Day Air Saturday Delivery and facsimile the Order, the Declaration of Laura Litinsky with attached Exhibits, the Declaration of Joshua Ruthizer with attached Exhibits, the Declaration of Gary Kovacs, the Memorandum of Law, the Summons(es) and Verified Complaint with attached Exhibits, the Individual Rules for Judge Sullivan and Magistrate Judge Gabriel W. Gorenstein, the 3rd Amended Instructions for Filing an Electronic Case or Appeal, the Guidelines for Electronic Case Filing, the Procedures for Electronic Case Filing, and a cover letter dated December 21, 2007 (collectively "Documents") upon all Defendants.  A copy of my certificate of service is attached to this declaration as Exhibit B.

5.      I also caused the Documents to be served upon GIA and Reuben Yeroushalmi, purported counsel to Zakaria and Diamante[1], via email.

6.      My December 21, 2007 cover letter stated that there was a hearing on Mrs. Litinsky's request for a preliminary injunction scheduled for December 26, 2007 at 11:00 A.M.  I asked the Defendants to contact me or Judge Sullivan's chambers immediately if they were

---

[1] As stated in my December 21, 2007 Declaration and Gary Kovac's December 20, 2007 Declaration, Mr. Yeroushalmi has neither confirmed nor denied that he represents Zakaria and Diamante in this matter.

unable to attend the hearing.  A copy of my December 21, 2007 letter is attached to this declaration as Exhibit C.

A.      UPS Next Day Air Saturday Delivery

7.      On December 21, 2007, I caused the Documents to be served upon all Defendants by UPS Next Day Air Saturday Delivery.  A copy of excepts of the December 21, 2007 UPS Daily Shipment Report for Proskauer Rose LLP is attached to this declaration as Exhibit D.

8.      I sent the Documents via UPS to Diamante and Zakaria at 550 South Hill Street, #1260, Los Angeles, California, 90013 (Ex. D, p. 11), Diamante's business address listed with the California Secretary of State.  A copy of a Diamante's information from the California Secretary of State's website is attached to this declaration as Exhibit E.

9.      UPS was not able to deliver the Documents to Diamante and Zakaria on Saturday December 22, 2007 because no one was at the address to sign for the package.  UPS reported that Diamante was on a "holiday".  UPS made a second attempt and delivered the Documents on December 24, 2007.  A copy of the UPS website tracking information for the Documents sent to Diamante and Zakaria is attached to this declaration as Exhibit F.

10.     I also sent the Documents via UPS to Reuben Yeroushalmi, Esq. of Yeroushalmi & Associates at Wilshire Park Place, 3700 Wilshire Blvd, Suite 480, Los Angeles, California, 90010 (Ex. D, p. 10), the address listed on the Yeroushalmi & Associates website.  A copy of the contact information page from the Yeroushalmi & Associates website is attached to this declaration as Exhibit G.

11.     UPS was not able to deliver the Documents to Yeroushalmi & Associates on Saturday December 22, 2007 because no one was at the address to sign for the package.  UPS made a second attempt and delivered the Documents on December 24, 2007.  A copy of UPS

website the tracking information for the Documents sent to Yeroushalmi & Associates is attached to this declaration as Exhibit H.

12.     I sent the Documents via UPS to Todd Marcus of DLA Piper US LLP, counsel to GIA, at 1251 Avenue of the Americas, New York, New York, 10020 (Ex. D, p. 11), the address listed on DLA Piper US LLP's website.  A copy of Mr. Marcus's profile page from the DLA Piper US LLP website is attached to this declaration as Exhibit I.

13.     DLA Piper US LLP received the Documents via UPS on Saturday December 22, 2007.  A copy of the UPS website tracking information for the Documents sent to Mr. Marcus is attached to this declaration as Exhibit J.

B.     Facsimile Service

14.     On December 21, 2007, I asked the facsimile department of Proskauer Rose to send the Documents to Mr. Marcus, Mr. Zakaria and Mr. Yeroushalmi via facsimile.

15.     On December 21, 2007, the facsimile department sent the Documents to Mr. Yeroushalmi at (213) 382-3430, the facsimile number listed on his law firm's website (Ex. G). The Documents were sent to Mr. Yeroushalmi in three facsimiles.  Copies of the confirmation pages for the three facsimiles received by Yeroushalmi & Associates are attached to this declaration as Exhibit K.

16.     On December 21, 2007, the facsimile department sent the Documents to Mr. Marcus at (212) 884-8489, the facsimile number listed on DLA Piper US LLP's website (Ex. J). A copy of the confirmation page for the facsimile received by Mr. Marcus is attached to this declaration as Exhibit L.

17.     On December 21, 2007, the facsimile department attempted to send the Documents to Zakaria and Diamante at (213) 622-3600.  As stated in my December 21, 2007

Declaration, this facsimile number was provided to me by Diamante on December 20, 2007.

18.     The facsimile department attempted to send the Documents to Zakaria and Diamante in three sections.  The facsimile department completed transmission of sections one and two, or 71 of 133 pages, however was unable to complete transmission of section three. Sections one and two of the Documents included the cover letter, the Order, the Summonses to Zakaria and Diamante, the Verified Complaint with attached Exhibits, the Declaration of Laura Litinsky with attached Exhibits, the Declaration of Joshua Ruthizer with attached Exhibits, and pages 1 and 2 of the Declaration of Gary Kovacs.  A copy of the confirmation pages for the two facsimile transmissions received by Diamante and Zakaria are attached to this declaration as Exhibit M.

19.     When the facsimile department attempted to transmit the third section of the Documents, the fax machine at Diamante's offices would not pick up the telephone line.  The third section of the Documents included the remainder of the Kovacs Declaration, the Memorandum of Law, Individual Rules for Judge Sullivan and Magistrate Judge Gorenstein, the 3rd Amended Instructions for Filing an Electronic Case or Appeal, the Guidelines for Electronic Case Filing and the Procedures for Electronic Case Filing.

20.     The facsimile department believes that the reason they were unable to complete transmission of the third section of Documents is that the power on Diamante's facsimile machine was off or the facsimile machine was out of paper.

21.     On the morning of December 22, 2007, the facsimile department telephoned Diamante's offices at (213) 622-0055 in an attempt to have this problem fixed and so that they could complete the transmission of the third section of the Documents.  The facsimile department reached an answering machine and left a message.

22.    On December 22, 2007, I instructed the facsimile department to continue their attempts to send section three of the facsimile to Zakaria and Diamante.

C.    Email Service

23.    On December 21, 2007, I sent the Documents to Mr. Yeroushalmi via email at lawfirm@yeroushalmi.com, the email address listed on his law firm's website (Ex. G).  A copy of my email to Mr. Yeroushalmi, without attachments, is attached to this declaration as Exhibit N.

24.    On December 21, 2007, I emailed Mr. Marcus at todd.marcus@dlapiper.com, the email address on DLA Piper US LLP's website (Ex. J), to update him on the status of Mrs. Litinsky's request for an injunction.  A copy of my email to Mr. Marcus is attached to this declaration as Exhibit O.

25.    On December 21, 2007, I sent the Documents to Mr. Marcus via email.  A copy of my email to Mr. Marcus, without attachments, is attached to this declaration as Exhibit P.

26.    On December 21, 2007, Mr. Marcus emailed me to confirm his receipt of the Documents.  A copy of Mr. Marcus's email to me is attached to this declaration as Exhibit Q.

**Additional Efforts**

27.    On December 22, 2007, I telephoned Mr. Yeroushalmi at (213) 382-3183, the telephone number listed on his law firm's website (Ex. G) and left a message with Jerry of his law firm's message center with my name, business telephone number and email address.  My message stated:  (1) I was the attorney representing Mrs. Litinsky in a lawsuit filed against Zakaria, Diamante and GIA; (2) I had sent the Documents to him via facsimile, email and UPS Next Day Air to the contact information listed on his website; and (3) there was a hearing regarding Mrs. Litinsky's request for a preliminary injunction scheduled for 11:00 A.M. on

December 26, 2007 in the Southern District of New York. I asked that Mr. Yeroushalmi call me regarding the case and inform me if he represented Zakaria and Diamante, knew of other counsel who represented them, or if they were represented by counsel at all.

28.    On December 24, 2007, Diamante was personally served with the Documents. The Documents were served upon an individual authorized to accept service of process at Diamante's business address. A copy of the Affidavit of Service for personal service upon Diamante is attached to this declaration as Exhibit R.

29.    On December 24, 2007, Yeroushalmi & Associates was personally served with the Documents. The Documents were served upon an individual authorized to accept service of process at Yeroushalmi & Associates' business address. A copy of the Affidavit of Service for personal service upon Yeroushalmi & Associates is attached to this declaration as Exhibit S.

30.    On December 24, 2007, Reuben Zakaria was served with the Documents. The Documents were served upon an individual at Diamante's business address who was over the age of 18 and authorized to accept service of process on behalf of Diamante. Copies of the Documents were also mailed to Zakaria at Diamante's business address. A copy of the Affidavits of Service for service upon Zakaria are attached to this declaration as Exhibit T.

31.    After personal service of the Documents was completed upon Zakaria and Diamante, I instructed the Proskauer Rose facsimile department to stop its attempts to complete the facsimile sent to Zakaria and Diamante on December 21, 2007.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: New York, New York
    December 26, 2007

                                                  Joshua Ruthizer, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAURA LITINSKY,                                    Docket No.: **07 CV 11475**

                              Plaintiff,      :    Judge:

           against                            :    **ORDER TO SHOW CAUSE**

DIAMANTE THE DIAMOND                           :
MANUFACTURERS, INC., RAFAEL                    :
ZAKARIA, AND THE GEMOLOGICAL                   :
INSTITUTE OF AMERICA,                          :

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      **UPON READING AND FILING** of the accompanying Declaration of Laura Litinsky,

sworn to December 20, 2007, the Declaration of Joshua Ruthizer, sworn to December 21, 2007,

the Declaration of Gary Kovacs, sworn to December 20, 2007, the Verified Complaint in this

action, the accompanying Memorandum of Law, dated December 21, 2007, together with the

exhibits attached to afore mentioned documents, and upon all of the papers, pleadings and oral

argument heretofore had herein,

      **LET DEFENDANTS HEREIN SHOW CAUSE**, before Judge

Richard Sullven , Room 21C at the United States Courthouse located

at 500 Pearl Street, New York, NY, on the 26th day of ~~January, 2008, at 9:30 am~~ December, 2007 at 11:00 am, or as soon

thereafter as counsel may be heard, why an Order should not be made and entered:

      (a)    Preliminarily restraining and enjoining, pursuant Fed. R. Civ. P. 64 and 65(a) and

N.Y. C.P.L.R. § 7109(a), Defendant Gemological Institute of America ("GIA"), its

servants, employees, agents, representatives, and all persons acting in concert with them,

from transferring the 5.02 carat oval cut brilliant F-VVS2 diamond subject of GIA

Certificate 12011455 and GIA Certificate 16434784 (the "Diamond") to Defendants

Diamante The Diamond Manufacturers, Inc. ("Diamante") and Rafael Zakaria

("Zakaria") or from removing, transferring, dismantling, selling, pledging or otherwise

disposing of the Diamond or permitting the Diamond to become subject to a security

interest or lien; and

(b)    for such other and further relief as this Court may deem just, proper and necessary

under the circumstances.

SUFFICIENT CAUSE BEING ALLEGED THEREFORE, IT IS HEREBY

ORDERED that pending the hearing and determination of this application, Defendant

GIA, its servants, employees, agents, representatives, and all persons acting in concert with

them, are restrained and enjoined, pursuant to Fed. R. Civ. P. 65(b) and N.Y. C.P.L.R. § 7109(a)

from transferring the Diamond to Diamante and Zakaria or from removing, transferring,

dismantling, selling, pledging or otherwise disposing of the Diamond or permitting the Diamond

to become subject to a security interest or lien; *ORDERED THAT SECURITY*

*IN THE AMT OF $_____ BE POSTED BY _____ JOO*

IT IS FURTHER ORDERED that personal service of this Order to Show Cause, and

the papers upon which it is based, as well as the Summons and Verified Complaint, upon

Defendant Rafael Zakaria, 550 South Hill Street # 1260, Los Angeles, California, 90013, on or

before the ___ day of December, 2007 shall be deemed good and sufficient service;

IT IS FURTHER ORDERED that ~~personal~~ service of this Order to Show Cause, and

the papers upon which it is based, as well as the Summons and Verified Complaint, upon *all*

Defendant ~~Diamante, 550 South Hill Street # 1260, Los Angeles, California, 90013, or upon~~ *today (December 21, 2007).*

~~Rafael Zakaria, President of Diamante, 550 South Hill Street # 1260, Los Angeles, California,~~

~~00013, in his capacity as an officer of Defendant Diamante, or upon Harold T. Gould, A~~

~~Professional Corporation, 4300 Promenade Way, #223B, Marina Del Rey, California, 00292, as~~

~~authorized agent for service of process for Defendant Diamante, on or before the ___ day of~~

~~December, 2007 shall be deemed good and sufficient service;~~

~~IT IS FURTHER ORDERED that personal service of this Order to Show Cause, and~~

~~the papers upon which it is based, as well as the Summons and Verified Complaint, upon Todd~~

~~Marcus of DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York, 10020,~~

~~counsel for Defendant GIA, on or before the ___ day of December, 2007 shall be deemed good~~

~~and sufficient service;~~

~~IT IS FURTHER ORDERED that opposing papers, if any, are to be served upon~~

~~Plaintiffs attorney Joshua Ruthizer of Preskauer Rose LLP, 1585 Broadway, New York, New~~

~~York, 10036, so as to be received by 12:00 noon on the ___ day of January, 2007;~~

~~AND IT IS FURTHER ORDERED that reply papers, if any, shall be served upon~~

~~Defendants' counsel, come to be received not later than ___ p.m. on January ___, 2007.~~

ISSUED: **Dec. 21, 2007**
DTD NYC, NY    **3:12 pm**

ENTER:

Hon. Richard Sullivan
United States District Court
Southern District of New York

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, pursuant to the Order to Show Cause entered by Judge Richard J. Sullivan on December 21, 2007 in *Litinsky v. Diamante The Diamond Manufacturers, Inc., Rafael Zakaria and the Gemological Institute of America*, 07-CV-11475 (S.D.N.Y.) (RJS) (GWG) (ECF Case) (the "Action"), I caused to be served, by UPS Next Day Air Mail Saturday Delivery and Facsimile the following documents in the Action:

1. ORDER TO SHOW CAUSE ENTERED BY JUDGE SULLIVAN ON DECEMBER 21, 2007;

2. SUMMONS;

3. VERIFIED COMPLAINT;

4. DECLARATION OF LAURA LITINSKY IN SUPPORT OF HER ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION TO PRESERVE THE STATUS QUO;

5. DECLARATION OF JOSHUA RUTHIZER IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION;

6. DECLARATION OF GARY KOVACS IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION;

7. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION TO PRESERVE THE STATUS QUO;

8. INDIVIDUAL PRACTICES OF JUDGE RICHARD J. SULLIVAN;

9. 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL;

10. GUIDELINES FOR ELECTRONIC CASE FILING;

11. PROCEDURES FOR ELECTRONIC CASE FILING; AND

12. INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN;

upon:

Rafael Zakaria and Diamante The Diamond Manufacturers Inc.
550 South Hill Street # 1260
Los Angeles, CA 90013
Fax: 213-622-3600
*Defendants*

Reuben Yeroushalmi
Yeroushalmi & Associates
Wilshire Park Place
3700 Wilshire Boulevard, Suite 480
Los Angeles, CA 90010
Fax: 213-382-3430
Email: lawfirm@yeroushalmi.com
*Purported Counsel to Defendants Rafael Zakaria and Diamante The Diamond Manufacturers Inc.*

Todd B. Marcus
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Fax: 212-884-8489
Email: todd.marcus@dlapiper.com
*Counsel to Defendant Gemological Institute of America*

I hereby also certify that on December 21, 2007, pursuant to the Order to Show Cause entered by

Judge Sullivan, I also caused the above documents to be served by electronic mail upon Todd

Marcus and Reuben Yeroushalmi at the electronic mail addresses listed above.

Dated: New York, New York
        December 21, 2007

_____
Joshua W. Ruthizer, Esq.

2

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Joshua W. Ruthizer**
Attorney at Law

Direct Dial 212.969.3869
jruthizer@proskauer.com

December 21, 2007

**Via Facsimile, UPS Next Day Air and Email (Mr. Yeroushalmi and Mr. Marcus only)**

Rafael Zakaria and Diamante The Diamond Manufacturers Inc.
550 South Hill Street # 1260
Los Angeles, CA 90013
Fax: 213-622-3600

Reuben Yeroushalmi
Yeroushalmi & Associates
Wilshire Park Place
3700 Wilshire Boulevard, Suite 480
Los Angeles, CA 90010
Fax: 213-382-3430
Email: lawfirm@yeroushalmi.com

Todd B. Marcus
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Fax: 212-884-8489
Email: todd.marcus@dlapiper.com

Re:    Litinsky v. Diamante The Diamond Manufacturers, Inc., Rafael Zakaria and the
       Gemological Institute of America, 07-CV-11475 (S.D.N.Y.) (RJS) (GWG) (ECF Case)

Dear Mr. Zakaria, Mr. Yeroushalmi and Mr. Marcus:

Pursuant to the Order to Show Cause entered by Judge Richard J. Sullivan in the above titled
action on December 21, 2007, enclosed please find the following documents which were filed in
the above titled action on December 21, 2007 in the Southern District of New York:

1. Order To Show Cause entered by Judge Sullivan;

2. Summons;

**PROSKAUER ROSE LLP**

Rafael Zakaria
Reuben Yeroushalmi
Todd B. Marcus
December 21, 2007
Page 2

3. Verified Complaint;

4. Declaration of Laura Litinsky in Support of Her Order to Show Cause Requesting a Temporary Restraining Order and a Preliminary Injunction to Preserve the Status Quo;

5. Declaration of Joshua Ruthizer in Support of Plaintiff Laura Litinsky's Order to Show Cause Requesting a Temporary Restraining Order and a Preliminary Injunction;

6. Declaration of Gary Kovacs in Support of Plaintiff Laura Litinsky's Order to Show Cause Requesting a Temporary Restraining Order and a Preliminary Injunction;

7. Memorandum of Law in Support of Plaintiff Laura Litinsky's Order to Show Cause Requesting a Temporary Restraining Order and a Preliminary Injunction to Preserve the Status Quo;

8. Individual Practices of Judge Richard J. Sullivan;

9. 3rd Amended Instructions for Filing an Electronic Case or Appeal;

10. Guidelines for Electronic Case Filing;

11. Procedures for Electronic Case Filing; and

12. Individual Practices of Magistrate Judge Gabriel W. Gorenstein;

Please take note the Order to Show Cause sets a hearing on Wednesday December 26, 2007 at 11:00 A.M. regarding Plaintiff Laura Litinsky's request for a Preliminary Injunction. Please contact me or the Judge Sullivan's chambers immediately if you are unable to attend the hearing.

Sincerely,

Joshua W. Ruthizer

Enclosures

cc:    Gary W. Kovacs

**PROSKAUER ROSE LLP - 27TH FLOOR**
**DAILY SHIPMENT DETAIL REPORT**
21-Dec-2007 - 9:33:52 PM

Pickup Date: 21-Dec-2007
Pickup Record No.: 2434 8433 86

UPS Account No.: 151542
Sorted By: Order of Shipment

All charges are in USD; fuel surcharge included where applicable.

| Name / Address | Shipment Detail | Options | Published Rate Charges |
|---|---|---|---|

| Ship To: REUBEN YEROUSHALMI ESQ YEROUSHALMI & ASSOCIATES WILSHIRE PARK PLACE 3700 WILSHIRE BLVD SUITE 480 LOS ANGELES CA 90010 United States | Service Type: NEXT DAY AIR<br>Total Packages: 1<br>Billable Wt.: 2.0 lb<br>Transportation: Shipper<br>Package Ref No.1: 99999-503<br>Package Ref No.2: DG | Shipment Service Charge:<br>Saturday Delivery: | 42.17<br>14.56 |
| Ship From: SHIPPING DEPT PROSKAUER ROSE LLP 27TH FLOOR SHIPPING 1585 BROADWAY NEW YORK NY 10036 | Tracking No.: 1Z1515424455918728<br>Package Type: UPS PAK<br>Weight: 1.0 lb<br>Package Ref No.1: 99999-503<br>Package Ref No.2: DG | Package Service Charge:<br><br>UPS Total Charge: | 42.17<br><br>56.73 |

**PROSKAUER ROSE LLP - 27TH FLOOR**
**DAILY SHIPMENT DETAIL REPORT**
21-Dec-2007 - 9:33:52 PM

Pickup Date: 21-Dec-2007
Pickup Record No.: 2434 8433 86

UPS Account No.: 151542
Sorted By: Order of Shipment

All charges are in USD; fuel surcharge included where applicable.

| Name / Address | Shipment Detail | | Options | Published Rate Charges |
|---|---|---|---|---|
| **Ship To:** DIAMANTE DIAMOND MANUFACTURERS INC RAFAEL ZAKARIA PRESIDENT #1260 550 SOUTH HILL STREET LOS ANGELES CA 90013 United States | Service Type: Total Packages: Billable Wt.: Transportation: Package Ref No.1: Package Ref No.2: | NEXT DAY AIR 1 1.0 lb Shipper 99999-503 DG | Shipment Service Charge: Saturday Delivery: | 37.98 14.56 |
| **Ship From:** SHIPPING DEPT PROSKAUER ROSE LLP 27TH FLOOR SHIPPING 1585 BROADWAY NEW YORK NY 10036 | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z1515424455883337 Package 1.0 lb 99999-503 DG | Package Service Charge: UPS Total Charge: | 37.98 52.54 |
| **Ship To:** TODD B. MARCUS DLA PIPER US LLP 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 United States | Service Type: Total Packages: Billable Wt.: Transportation: Package Ref No.1: Package Ref No.2: | NEXT DAY AIR 1 2.0 lb Shipper 99999-503 DG | Shipment Service Charge: Saturday Delivery: | 20.27 14.56 |
| **Ship From:** SHIPPING DEPT PROSKAUER ROSE LLP 27TH FLOOR SHIPPING 1585 BROADWAY NEW YORK NY 10036 | Tracking No.: Package Type: Weight: Package Ref No.1: Package Ref No.2: | 1Z1515424456899140 UPS PAK 1.0 lb 99999-503 DG | Package Service Charge: UPS Total Charge: | 20.27 34.83 |

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
| --- |

**DIAMANTE THE DIAMOND MANUFACTURERS, INC.**

| **Number:** C2142667 | **Date Filed:** 7/8/1999 | **Status:** active |
| --- | --- | --- |
| **Jurisdiction:** California | | |

| Address |
| --- |

550 S HILL STREET STE 1260

LOS ANGELES, CA 90013

| Agent for Service of Process |
| --- |

HAROLD I. GOULD , A PROFESSIONA L CORPORATION

4300 PROMENADE WAY #223P

MARINA DEL REY, CA 90292

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



Close Window



# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 151 542 44 5588 333 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/24/2007  9:47 A.M. |
| Signed By: | R SAEZ |
| Location: | OFFICE |
| Delivered To: | LOS ANGELES,  CA,  US |
| Shipped/Billed On: | 12/21/2007 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

## Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| LOS ANGELES, CA, US | 12/24/2007 | 9:47 A.M. | DELIVERY |
| | 12/24/2007 | 4:28 A.M. | OUT FOR DELIVERY |
| LOS ANGELES, CA, US | 12/22/2007 | 2:19 P.M. | THE RECEIVER IS ON A HOLIDAY. DELIVERY WILL BE ATTEMPTED WHEN THE RECEIVER RETURNS |
| | 12/22/2007 | 8:46 A.M. | OUT FOR DELIVERY |
| ONTARIO, CA, US | 12/22/2007 | 7:22 A.M. | DEPARTURE SCAN |
| | 12/22/2007 | 6:27 A.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 12/22/2007 | 5:12 A.M. | DEPARTURE SCAN |
| | 12/22/2007 | 1:41 A.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 12/21/2007 | 10:58 P.M. | DEPARTURE SCAN |
| | 12/21/2007 | 10:33 P.M. | ARRIVAL SCAN |
| NEW YORK, NY, US | 12/21/2007 | 9:49 P.M. | DEPARTURE SCAN |
| | 12/21/2007 | 9:25 P.M. | ORIGIN SCAN |
| | 12/21/2007 | 7:18 P.M. | PICKUP SCAN |
| US | 12/21/2007 | 9:04 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/25/2007  12:04 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

❎Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.





| Practice Areas | Attorneys | Media | Contact |



Contact



**Wilshire Park Place**

3700 Wilshire Boulevard

Suite 480

Los Angeles, California 90010

p 213.382.3183

f 213.382.3430

lawfirm@yeroushalmi.com

**home :: practice areas :: attorneys :: media :: contact**

Copyright © 2003 Yeroushalmi @ Assoc. | Webdesign by Joe Habusha



⊠Close Window



# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 151 542 44 5591 872 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/24/2007  10:14 A.M. |
| Signed By: | KIM |
| Location: | RECEPTION |
| Delivered To: | LOS ANGELES, CA, US |
| Shipped/Billed On: | 12/21/2007 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

## Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| LOS ANGELES, CA, US | 12/24/2007 | 10:14 A.M. | DELIVERY |
| | 12/24/2007 | 2:35 A.M. | OUT FOR DELIVERY |
| LOS ANGELES, CA, US | 12/22/2007 | 12:03 P.M. | THE RECEIVER WAS UNAVAILABLE TO SIGN ON THE 1ST DELIVERY ATTEMPT. A 2ND DELIVERY ATTEMPT WILL BE MADE |
| | 12/22/2007 | 8:44 A.M. | OUT FOR DELIVERY |
| ONTARIO, CA, US | 12/22/2007 | 7:22 A.M. | DEPARTURE SCAN |
| | 12/22/2007 | 6:27 A.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 12/22/2007 | 5:12 A.M. | DEPARTURE SCAN |
| | 12/22/2007 | 1:41 A.M. | ARRIVAL SCAN |
| NEWARK, NJ, US | 12/21/2007 | 10:58 P.M. | DEPARTURE SCAN |
| | 12/21/2007 | 10:33 P.M. | ARRIVAL SCAN |
| NEW YORK, NY, US | 12/21/2007 | 9:49 P.M. | DEPARTURE SCAN |
| | 12/21/2007 | 9:33 P.M. | ORIGIN SCAN |
| | 12/21/2007 | 7:18 P.M. | PICKUP SCAN |
| US | 12/21/2007 | 9:04 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 12/25/2007  12:03 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.



**DLA PIPER**                                    EVERYTHING MATTERS

# OUR PEOPLE



📧 Add to Address Book

**RELATED GLOBAL SERVICES**
> Litigation and Arbitration

**RELATED SERVICES**
> Litigation

### Todd B. Marcus
Partner

todd.marcus@dlapiper.com

1251 Avenue of the Americas
New York, New York 10020-1104
United States

T: (212) 335-4889
F: (212) 884-8489

**Todd Marcus** is a commercial litigator concentrating in complex commercial matters, real estate litigation, and finance-related litigation (including mortgage foreclosures, workouts and restructures). He represents a number of financial and banking institutions, title insurance companies, real estate developers, real estate brokerage firms, and public and private companies on a variety of commercial matters. Mr. Marcus appears regularly before the federal and state courts located in New York. He also has represented broker-dealers in arbitrations before the New York Stock Exchange and the National Association of Securities Dealers, Inc.

Some of his more significant matters include:

> Currently representing prominent real estate developer in defense of $115,000,000 fraud claim involving sale of ground lease for major Manhattan office building. *TAG 380 LLC v. Howard P. Ronson, et al.*, (New York County Index No. 101396/04)

> Successful representation of mortgagee in foreclosure of $65,000,000 first mortgage on Empire Hotel in New York City. *EPC II LLC v. Empire Holdings LLC, et al.*, (New York County Index No. 116609/03).

> Successful representation of major financial institution in real estate litigation involving construction and interpretation of long-term lease for world headquarters. *WFP Tower A Co., LP v. Lehman Brothers Inc.* (New York County Index No. 02-603298)

> Secured unanimous reversal of mortgagee's motion for summary judgment in face of allegations that institution participated in large-scale fraudulent scheme. *M&T Mortgage Corporation v. Alpha & Omega, Inc.*, 309 A.D.2d 905, 766 N.Y.S.2d 370 (2d Dep't 2003)

> Successful representation of financial institution in connection with hundreds of mortgage foreclosure actions in which borrowers alleged institution participated in scheme to defraud.

> Secured dismissal with prejudice of RICO claims filed against financial institution in connection with its acquisition of multi-million dollar HUD-insured mortgage loan portfolio. *St. Stephens Community Development Corp. v. Hon. Mel Martinez, et al.,* (Civil Action No. 01 Civ. 5152 (AKH)).

> Successful defense of financial institution in class action lawsuit claiming fraud in connection with institution's acquisition of multi-million dollar mortgage portfolio. *Cowan v. Community Homebanc, Inc.* (Circuit Court of Jefferson County Alabama)

> Secured unanimous reversal and dismissal of action against title insurance company for indemnification. *Brucha Mortgage Bankers Corp. v. Nations Title Insurance of N.Y., Inc.,* 275 A.D.2d 337, 712 N.Y.S.2d 151 (2d Dep't 2000)

> Successful defense of investment fund in RICO action commenced by investor. *Burton v. KenCrest Services, Inc.,* Case No. 00-CV-3205 (E.D. Pa. 2000)

> Successful representation of real estate brokerage firms in commission dispute involving upscale retail space. *Harper-Lawrence, Inc. and New Spectrum Realty Services, Inc. v. Intershoe, Inc. and Garrick-Aug Associates Store Leasing, Inc.,* 270 A.D.2d 8, 703 N.Y.S.2d 473 (1st Dep't 2000)

> Successful defense of investment bank in claim for compensation under employment agreement. *Richied v. D.H. Blair & Co., Inc.,* 272 A.D.2d 170, 710 N.Y.S.2d 25 (1st Dep't 2000)

> Successful defense of broker-dealer and its officers and directors in shareholder class action lawsuit. *Kilik v. Children's Wonderland, Inc., Royce Investment Group, et al.,* Case No. 97-7756 JGD (C.D. Cal. 1999)

> Successful appeal of title insurance company on novel issue involving monetary limitations of insurance coverage. *Brucha Mortgage Bankers Corp. v. Nations Title Insurance of New York,* 275 A.D.2d 337, 712 N.Y.S.2d 151 (2d Dep't 2000)

> Successful representation of insured mortgagee in appeal of strict foreclosure judgment. 50 East 78 L.P. v. Paneth, 247 A.D.2d 222, 668 N.Y.S.2d 358 (1st Dep't 1998)

> Successful defense of public company in lawsuit for brokerage commission arising from purchase of corporate headquarters. *American Corporate Real Estate, Inc. v. Lifetime Hoan Corporation,* 233 A.D.2d 413, 650 N.Y.S.2d 271 (2d Dep't 1996)

> Successful representation of major financial institutions in secured and unsecured financing matters including litigations, restructurings, and workouts.

### Admissions
> New York
> United States District Court for the Eastern District of New York
> United States District Court for the Southern District of New York

### EDUCATION
> J.D., George Washington University 1989

> B.S.E.E., Lafayette College 1986



The Martindale-Hubbell Peer Review icon is a service mark of Reed Elsevier Properties Inc., used under permission from Reed Elsevier Properties Inc. in accord with the terms and conditions established by Martindale-Hubbell.

© 2007 DLA Piper is a global legal services organisation, the members of which are separate and distinct legal entities. All rights reserved



☒Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 151 542 44 5689 914 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/22/2007 |
| | 1:33 P.M. |
| Delivered To: | NEW YORK, NY, US |
| Signed By: | VILLEGAS |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 12/22/2007 2:59 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

JOB #427

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 12/21 | 22:39 | 12133823430 | EC--S | 11'37" | 044 | OK  L1 |

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Fax Transmittal**

| | |
|---|---|
| Date | December 21, 2007 |
| Total Pages (including Cover) | |
| From | Joshua W. Ruthizer |
| Sender's Voice Number | 212.969.3869 |
| Sender's Email Address | jruthizer@proskauer.com |
| To: | Reuben Yeroushalmi, Esq. |
| Company: | Yeroushalmi & Associates |
| Message | |

Client-Matter    99999-503

Sender's Room Number    1654

Main Fax Number    212.969.2900

Fax No.:    213.382.3183/  -3450

Voice No.:    213.382.3430

*Wrong Fax*

Confidentiality Note: This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.

JOB #428

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 12/21 | 22:53 | 12133823430 | EC--S | 10′ 30″ | 042 | OK  L1 |

JOB #430

|     | DATE  | TIME  | TO/FROM      | MODE   | MIN/SEC | PGS | STATUS |
|-----|-------|-------|--------------|--------|---------|-----|--------|
| 001 | 12/21 | 23:19 | 12133823430  | EC--S  | 13'38"  | 042 | OK  L1 |

is actual. On or after December 27, 2007, the Diamond will be returned to Zakaria and Diamante, who have no ownership interest in the Diamond. Once in possession of the Diamond, Zakaria and Diamante can sell it or transfer it to a third party, encumber it, or even cut it up and sell it in multiple pieces. The status quo must be preserved with GIA, a neutral third party with no stake in this outcome of this action holding the Diamond.

Monetary damages also will not make Mrs. Litinsky whole because the Diamond is unique (*see* Argument Section II below). Mrs. Litinsky purchased a specific Ring with a specific Diamond, which came with a specific GIA Certificate. Money damages will not allow her to purchase an identical Diamond.

Even apart from the clear showing here of irreparable harm, a preliminary injunction independently is warranted to "maintain the status quo pending a resolution of the issues presented." *Danae Art Int'l Inc. v. Stallone*, 163 A.D.2d 81, 82, 557 N.Y.S.2d 338, 339 (1st Dep't 1990). In addition, the fact that Zakaria and Diamante are in the business of selling and purchasing diamonds should weigh in favor of an injunction. *Danae Art Int'l*, 163 A.D.2d at 82, 557 N.Y.S.2d at 339.

   B.   *Mrs. Litinsky will Succeed on the Merits of Her Action*

Although Mrs. Litinsky can prove that she is the rightful owner of the Diamond, to succeed on the merits of her claim to retrieve possession of the Diamond, she only need prove that she has higher ownership right to the Diamond than any other party to the action. "In an action for recovery of chattels under § 7101, the sole issue is which party has the 'superior possessory right' to the chattels." *Christie's Inc. v. Davis*, 247 F. Supp. 2d 414, 419 (S.D.N.Y. 2002). Mrs. Litinsky has superior possessory rights than any other party because the Diamond

JOB #157

| 001 | DATE 12/21 | TIME 7:13P | TO/FROM 111000812128848489 | MODE EC--S | MIN/SEC 23′06″ | PGS 131 | STATUS OK  L1 |
|-----|------------|------------|----------------------------|------------|----------------|---------|---------------|

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Fax Transmittal**

**Date**          December 21, 2007          **Client-Matter**  99999-503

**Total Pages (Including Cover)**

**From**          Joshua W. Ruthizer

**Sender's Voice Number**     212.969.3869

**Sender's Email Address**     jruthizer@proskauer.com

**Sender's Room Number**    1654

**Main Fax Number**    212.969.2900

**To:**     Todd B. Marcus, Esq.

**Company:**   DLA Piper US LLP

**Fax No.:**    212.335.4889

**Voice No.:**   212.884.8489

**Message**

**Confidentiality Note:** This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.

JOB #158

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 12/21 | 10:46P | 213 6223600 | EC--S | 05'38" | 023 | OK L1 |

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Fax Transmittal**

| | | | | |
|---|---|---|---|---|
| Date | December 21, 2007 | Client-Matter | 99999-503 | |
| Total Pages (Including Cover) | | | | |
| From | Joshua W. Ruthizer | | | |
| Sender's Voice Number | 212.969.3869 | | Sender's Room Number | 1654 |
| Sender's Email Address | jruthizer@proskauer.com | | Main Fax Number | 212.969.2900 |
| To: | Rafael Zakaria, President | | Fax No.: | 213.622.0055 ~ 3600 |
| Company: | Diamente The Diamond Manufacturers, Inc. | | Voice No.: | 213.622.3600 |

Message

**Confidentiality Note:** This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.

JOB #159

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 12/21 | 10:55P | 213 6223600 | EC--S | 14'33" | 048 | OK  L1 |



## GEM TRADE LABORATORY

Carlsbad
5355 Armada Drive | Carlsbad, CA 92008-4639
T: 760-603-4500 | F: 760-603-1814

**DIAMOND GRADING REPORT**

May 22, 2002

Shape and Cutting Style ............... OVAL BRILLIANT
Measurements ........................... 13.93 x 9.58 x 5.96 mm
Weight ................................. 5.02 carat

Proportions

Depth .................................
Table .................................
Girdle ................................ SLIGHTLY THICK TO VERY THICK,
                                       FACETED
Culet ................................. NONE

Finish

Polish ................................ VERY GOOD
Symmetry .............................. GOOD

Clarity Grade ......................... VVS2
Color Grade ........................... F
Fluorescence .......................... NONE

Comments:
NONE

KEY TO SYMBOLS
⌐ Feather

**Ruthizer, Joshua W.**

| | |
|---|---|
| **From:** | Ruthizer, Joshua W. |
| **Sent:** | Friday, December 21, 2007 8:00 PM |
| **To:** | Reuben Yeroushalmi (lawfirm@yeroushalmi.com) |
| **Cc:** | Kovacs, Gary |
| **Subject:** | Litinksy v. Diamante et al. |

**Attachments:**   Yeroushalmi Letter 12-21-07.pdf; Zakaria Summons.pdf; Complaint Ex. A.pdf; Complaint Ex. B.pdf; Complaint Ex. C.pdf; Complaint Ex. D.pdf; Complaint Ex. E.pdf; Complaint Ex. F.pdf; Complaint Ex. G.pdf; Complaint Ex. H.pdf; Complaint Ex. I.pdf; Complaint.pdf; COS.pdf; Diamante Summons.pdf; Judge's Rules and ECF Documents.PDF; Kovacs Declaration.pdf; Litinsky Decl. Ex. 1.pdf; Litinsky Decl. Ex. 2.pdf; Litinsky Decl. Ex. 3.pdf; Litinsky Decl. Ex. 4.pdf; Litinsky Decl. Ex. 5.pdf; Litinsky Decl. Ex. 6.pdf; Litinsky Decl. Ex. 7.pdf; Litinsky Declaration.pdf; Memo of Law.pdf; Ordern to Show Cause.pdf; Ruthizer Decl. Ex. 1.pdf; Ruthizer Decl. Ex. 2.pdf; Ruthizer Declaration.pdf

Please see the attached letter and documents.



Yeroushalmi Letter
12-21-07.pd...

Joshua W. Ruthizer | PROSKAUER ROSE LLP
1585 Broadway | New York, NY 10036-8299
V: 212.969.3869 | F: 212.969.2900
jruthizer@proskauer.com | www.proskauer.com

      

Zakaria Summons.pdf (64 KB)   Complaint Ex. A.pdf (21 KB)   Complaint Ex. B.pdf (75 KB)   Complaint Ex. C.pdf (23 KB)   Complaint Ex. D.pdf (66 KB)   Complaint Ex. E.pdf (27 KB)   Complaint Ex. F.pdf (31 KB)

      

Complaint Ex. G.pdf (35 KB)   Complaint Ex. H.pdf (542 KB)   Complaint Ex. I.pdf (81 KB)   Complaint.pdf (268 KB)   COS.pdf (73 KB)   Diamante Summons.pdf (123 KB)   Judge's Rules and ECF Document...

         

Kovacs Declaration.pdf (181 KB)   Litinsky Decl. Ex. 1.pdf (21 K...   Litinsky Decl. Ex. 2.pdf (75 K...   Litinsky Decl. Ex. 3.pdf (23 K...   Litinsky Decl. Ex. 4.pdf (66 K...   Litinsky Decl. Ex. 5.pdf (27 K...   Litinsky Decl. Ex. 6.pdf (31 K...

Litinsky Decl. Ex. 7.pdf (35 K...   Litinsky Declaration.pdf (196 ...   Memo of Law.pdf (298 KB)   Ordern to Show Cause.pdf (139 ...   Ruthizer Decl. Ex. 1.pdf (542 ...   Ruthizer Decl. Ex. 2.pdf (81 K...   Ruthizer Declaration.pdf (234 .

**Ruthizer, Joshua W.**

| | |
|---|---|
| **From:** | Ruthizer, Joshua W. |
| **Sent:** | Friday, December 21, 2007 7:58 PM |
| **To:** | todd.marcus@dlapiper.com |
| **Cc:** | Kovacs, Gary |
| **Subject:** | Litinsky v. Diamante, Zakaria and GIA |

Todd,

Happy Holidays.  I hope you are well.

I am writing to give you an update in the Litinsky matter.

Mrs. Litinsky filed her complaint and order to show cause today in the Southern District of New York.  The docket number is 07-cv-11475 and the case is assigned to Judge Richard J. Sullivan.  The Temporary Restraining Order was not granted, but Judge Sullivan set the hearing for the preliminary injunction for Wednesday December 26, 2007 at 11:00 A.M.

Please let me know as soon as possible if you are able to attend this hearing.

I faxed and overnighted to your office a set of all papers that were filed today, and I will be following up with an email copy of the papers as soon as I can get them out.

Once again, Happy Holidays!

Regards,

Josh


Joshua W. Ruthizer | PROSKAUER ROSE LLP
1585 Broadway | New York, NY 10036-8299
V: 212.969.3869 | F: 212.969.2900
jruthizer@proskauer.com | www.proskauer.com

1

**Ruthizer, Joshua W.**

| | |
|---|---|
| **From:** | Ruthizer, Joshua W. |
| **Sent:** | Friday, December 21, 2007 8:03 PM |
| **To:** | todd.marcus@dlapiper.com |
| **Cc:** | Kovacs, Gary |
| **Subject:** | Litinsky v. Diamate et al. |

**Attachments:**    Marcus Letter 12-21-07.pdf; Ruthizer Declaration.pdf; Complaint Ex. A.pdf; Complaint Ex. B.pdf; Complaint Ex. C.pdf; Complaint Ex. D.pdf; Complaint Ex. E.pdf; Complaint Ex. F.pdf; Complaint Ex. G.pdf; Complaint Ex. H.pdf; Complaint Ex. I.pdf; Complaint.pdf; COS.pdf; Gem Summons.pdf; Judge's Rules and ECF Documents.PDF; Kovacs Declaration.pdf; Litinsky Decl. Ex. 1.pdf; Litinsky Decl. Ex. 2.pdf; Litinsky Decl. Ex. 3.pdf; Litinsky Decl. Ex. 4.pdf; Litinsky Decl. Ex. 5.pdf; Litinsky Decl. Ex. 6.pdf; Litinsky Decl. Ex. 7.pdf; Litinsky Declaration.pdf; Memo of Law.pdf; Ordern to Show Cause.pdf; Ruthizer Decl. Ex. 1.pdf; Ruthizer Decl. Ex. 2.pdf

Please see the attached letter and documents.



Marcus Letter
12-21-07.pdf (67...

Joshua W. Ruthizer | PROSKAUER ROSE LLP
1585 Broadway | New York, NY 10036-8299
V: 212.969.3869 | F: 212.969.2900
jruthizer@proskauer.com | www.proskauer.com

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Ruthizer Declaration.pdf (234 . | Complaint Ex. A.pdf (21 KB) | Complaint Ex. B.pdf (75 KB) | Complaint Ex. C.pdf (23 KB) | Complaint Ex. D.pdf (66 KB) | Complaint Ex. E.pdf (27 KB) | Complaint Ex. F.pdf (31 KB) |

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Complaint Ex. G.pdf (35 KB) | Complaint Ex. H.pdf (542 KB) | Complaint Ex. I.pdf (81 KB) | Complaint.pdf (268 KB) | COS.pdf (73 KB) | Gem Summons.pdf (119 KB) | Judge's Rules and ECF Document... |

       

| | | | | | | |
|---|---|---|---|---|---|---|
| Kovacs Declaration.pdf (181 KI | Litinsky Decl. Ex. 1.pdf (21 K... | Litinsky Decl. Ex. 2.pdf (75 K... | Litinsky Decl. Ex. 3.pdf (23 K... | Litinsky Decl. Ex. 4.pdf (66 K... | Litinsky Decl. Ex. 5.pdf (27 K... | Litinsky Decl. Ex. 6.pdf (31 K... |

     

| | | | | | |
|---|---|---|---|---|---|
| Litinsky Decl. Ex. 7.pdf (35 K... | Litinsky Declaration.pdf (196 . | Memo of Law.pdf (298 KB) | Ordern to Show Cause.pdf (139 ... | Ruthizer Decl. Ex. 1.pdf (542 ... | Ruthizer Decl. Ex. 2.pdf (81 K... |

## Ruthizer, Joshua W.

**From:**   Marcus, Todd B. [Todd.Marcus@dlapiper.com]
**Sent:**   Friday, December 21, 2007 8:04 PM
**To:**     Ruthizer, Joshua W.
**Cc:**     Kovacs, Gary
**Subject:** RE: Litinsky v. Diamante, Zakaria and GIA

Thanks, Josh.  I am reviewing the papers and will discuss the matter with my client (including whether it desires an appearance on December 26).  I will get back to you on Monday and let you know if we will be attending the hearing.

> **From:** Ruthizer, Joshua W. [mailto:JRuthizer@proskauer.com]
> **Sent:** Friday, December 21, 2007 7:58 PM
> **To:** Marcus, Todd B.
> **Cc:** Kovacs, Gary
> **Subject:** Litinsky v. Diamante, Zakaria and GIA
>
> Todd,
>
> Happy Holidays.  I hope you are well.
>
> I am writing to give you an update in the Litinsky matter.
>
> Mrs. Litinsky filed her complaint and order to show cause today in the Southern District of New York.  The docket number is 07-cv-11475 and the case is assigned to Judge Richard J. Sullivan.  The Temporary Restraining Order was not granted, but Judge Sullivan set the hearing for the preliminary injunction for Wednesday December 26, 2007 at 11:00 A.M.
>
> Please let me know as soon as possible if you are able to attend this hearing.
>
> I faxed and overnighted to your office a set of all papers that were filed today, and I will be following up with an email copy of the papers as soon as I can get them out.
>
> Once again, Happy Holidays!
>
> Regards,
>
> Josh
>
>
> Joshua W. Ruthizer | PROSKAUER ROSE LLP
> 1585 Broadway | New York, NY 10036-8299
> v: 212.969.3869 | F: 212.969.2900
> jruthizer@proskauer.com | www.proskauer.com
>
> **************************************************
> To ensure compliance with requirements imposed by U.S.
> Treasury Regulations, Proskauer Rose LLP informs you that
> any U.S. tax advice contained in this communication
> (including any attachments) was not intended or written to
> be used, and cannot be used, for the purpose of (i)

```
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

*********************************************************
This message and its attachments are sent from a law firm
and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

============================================================================
```

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

12/22/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LAURA LITINSKY,

                           Plaintiff,

         - against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                         Defendants.

-----------------------------------------------------------X

Case No. 07-cv-11475(RJS)

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    )
                         )ss.:

COUNTY OF             )

    William Benson (process server), being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of

California.

    On Monday, December 24, 2007, at approximately 11 : 05 A.m. at

550 S. Hill St, LA, CA 90013 (address of service), deponent served the

within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits,

Declaration of Litinsky with exhibits, Declaration of Ruthier with exhibits, Declaration of Kovacs

and Memorandum of Law upon **Diamante The Diamond Manufacturers, Inc.**, by delivering to

and leaving with (Person served) Rudy Saez _____, (Title)

_____, a true and correct copy of said documents. At the time of said service,

(Person served) Rudy Saez _____ stated that (s)he was duly authorized to

accept service of legal process for **Diamante The Diamond Manufacturers, Inc.**

(Person served) Rudy Saez _____ is described as a male _____ (fe)male,

approximately 45 years of age, 140 lbs., 5'6" tall, with black hair and

(other features) _____

                              (PROCESS SERVER'S SIGNATURE)
                              William Benson
                              (PRINT NAME)

Sworn to before me this
_____ day of December, 2007

_____
    Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LAURA LITINSKY,

                         Plaintiff,         **Case No. 07-cv-11475(RJS)**

     - against -                **AFFIDAVIT OF SERVICE**

DIAMANTE THE DIAMOND MANUFACTURERS,
INC.; RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                       Defendants.

------------------------------------------------------------X

STATE OF CALIFORNIA    )
                      )ss.:
COUNTY OF             )

    William Benson (process server), being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

    On Monday, December 24, 2007, at approximately 12 56 P .m. at 3780 Wilshire Bl , L.A, CA 90010 (address of service), deponent served the within Cover Letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthier with exhibits, Declaration of Kovacs and Memorandum of Law upon **Yeroushalmi & Associates, attorneys for Diamante The Diamond Manufacturers, Inc. and Rafael Zakaria**, by delivering to and leaving with (Person served) Mike Jef , (Title) , a true and correct copy of said documents. At the time of said service, (Person served) Mike Jef stated that (s)he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc. and Rafael Zakaria.** (Person served) Mike Jef is described as a male (fe)male, approximately 45 years of age, 200 lbs., 5.9 " tall, with grey hair and (other features)

                                    _____
                                      (PROCESS SERVER'S SIGNATURE)
                                    William Benson
                                    (PRINT NAME)

Sworn to before me this
_____ day of December, 2007

_____
    Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LAURA LITINSKY,

                       Plaintiff,

      - against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                      Defendants.

-------------------------------------------------------------X

**Case No. 07-cv-11478(RJS)**

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA  )
                  )ss.:
COUNTY OF          )

    William Benson *(process server)*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

    On Monday, December 24, 2007, at approximately 11 : 05 a.m. at 550 S. Hill St LA, CA 90013 *(address of service)*, deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthier with exhibits, Declaration of Kovacs and Memorandum of Law upon **Rafael Zakaria, President of Diamante The Diamond Manufacturers, Inc.**, by delivering to and leaving with *(Person served)*

Rudy Saez , *(Title)* , a true and correct copy of said documents. At the time of said service, *(Person served)*

Rudy Saez stated that (s)he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc.**

*(Person served)* Rudy Saez is described as a _____ (fe)male, approximately 45 years of age, 145 lbs., 5'6" tall, with black hair and *(other features)* _____

                                 _____
                                 *(PROCESS SERVER'S SIGNATURE)*
                                 William Benson
                                 *(PRINT NAME)*

Sworn to before me this
\_\_\_\_\_ day of December, 2007

_____
      Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X Case No. 07-cv-11475(RJS)
LAURA LITINSKY,

               Plaintiff,      :   **AFFIDAVIT OF SERVICE**

      - against -       :

                        :

DIAMANTE THE DIAMOND MANUFACTURERS,  :
INC., RAFAEL ZAKARIA, AND THE
GEMOLOGICAL INSTITUTE OF AMERICA,   :
          Defendants.       :
------------------------------------------------------X

| STATE OF NEW YORK | ) |
|---|---|
| | ) ss.: |
| COUNTY OF QUEENS | ) |

Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On December 24, 2007, Deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthizer with exhibits, Declaration of Kovacs and Memorandum of Law, Individual Practice of Richard J. Sullivan and ECF Instructions upon **Rafael Zakaria, President of Diamante The Diamond Manufacturers, Inc.,** by depositing a true and correct copy of said documents thereof enclosed in a securely sealed, fully post paid, first class mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to Rafael Zakaria at his place of business as follows:

    Rafael Zakaria
    C/o Diamante The Diamond Manufacturers, Inc.,
    550 S. Hill Street,
    LA, CA 90013

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

                                Andrew Bartley
                                Lic. # 0848223

Sworn to before me this
24th day of December, 2007

*Karlene S. Jackson*
Notary Public

                             Karlene S. Jackson, Notary Public
                              State of New York, #01JA5083169
                              Qual. in Queens Cty; New York City
                              Commission Expires November 17, 2009