## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2007, I served, by hand delivery, the

**SUPPLEMENTAL DECLARATION OF JOSHUA RUTHIZER IN SUPPORT OF PLAINTIFF LAURA LITINSKY'S ORDER TO SHOW CAUSE REQUESTING A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION** upon:

John Vukelj
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
*Counsel to Defendant Gemological Institute of America*

Service was made at the United States District Courthouse, 500 Pearl Street, Courtroom 21C, New York, NY.

I also hereby certify that on December 26, 2007, I caused to be served, by electronic mail,

**THE TEMPORARY RESTRAINING ORDER ENTERED BY JUDGE RICHARD J. SULLIVAN ON DECEMBER 26, 2007** upon:

| | |
|---|---|
| John Vukelj | Todd B. Marcus |
| DLA Piper US LLP | DLA Piper US LLP |
| 1251 Avenue of the Americas | 1251 Avenue of the Americas |
| New York, New York  10020-1104 | New York, New York  10020-1104 |
| Email: john.vukelj@dlapiper.com | Email: todd.marcus@dlapiper.com |
| *Counsel to Defendant Gemological Institute of America* | *Counsel to Defendant Gemological Institute of America* |

Dated: New York, New York
       December 26, 2007

_____
Joshua W. Ruthizer, Esq.