UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LAURA LITINSKY,

                  Plaintiff,

- against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                  Defendants.
------------------------------------------------------X

Case No. 07-cv-11475(RJS)

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA   )
                                   )ss.:
COUNTY OF                  )

William Benson (process server), being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On Monday, December 24, 2007, at approximately 11:05 A.m. at 550 S. Hill St LA, CA 90013 (address of service), deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthier with exhibits, Declaration of Kovacs and Memorandum of Law upon **Rafael Zakaria, President of Diamante The Diamond Manufacturers, Inc.**, by delivering to and leaving with (Person served) Rudy Saez , (Title) _____ , a true and correct copy of said documents. At the time of said service, (Person served) Rudy Saez stated that (s)he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc.**

(Person served) Rudy Saez is described as a _____ (fe)male, approximately 45 years of age, 145 lbs., 5'6" tall, with black hair and (other features) _____.

                                                           _____
                                                           (PROCESS SERVER'S SIGNATURE)
                                                           William Benson
                                                           (PRINT NAME)

Sworn to before me this
27th day of December, 2007

_Thomas A. Dill_
Notary Public

THOMAS A. DILL
Commission # 1775746
Notary Public - California
Los Angeles County
My Comm. Expires Nov 21, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X Case No. 07-cv-11475(RJS)
LAURA LITINSKY,
                Plaintiff,                    **AFFIDAVIT OF SERVICE**
        - against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE
GEMOLOGICAL INSTITUTE OF AMERICA,
                Defendants.
------------------------------------------------------X
STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF QUEENS    )

    Andrew Bartley, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On December 24, 2007, Deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthizer with exhibits, Declaration of Kovacs and Memorandum of Law, Individual Practice of Richard J. Sullivan and ECF Instructions upon **Rafael Zakaria, President of Diamante The Diamond Manufacturers, Inc.,** by depositing a true and correct copy of said documents thereof enclosed in a securely sealed, fully post paid, first class mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to Rafael Zakaria at his place of business as follows:

    Rafael Zakaria
    C/o Diamante The Diamond Manufacturers, Inc.,
    550 S. Hill Street,
    LA, CA 90013

    Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

                                                            Andrew Bartley
                                                            Lic. # 0848223

Sworn to before me this
24th day of December, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York City
Commission Expires November 17, 2009