UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA LITINSKY,

                Plaintiff,

- against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                Defendants.
------------------------------------------------------------X

Case No. 07-cv-11475(RJS)

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA    )
                            )ss.:
COUNTY OF           )

William Benson (process server), being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On Monday, December 24, 2007, at approximately 11:05 A.m. at 550 S. Hill St, LA, CA 90013 (address of service), deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthier with exhibits, Declaration of Kovacs and Memorandum of Law upon **Diamante The Diamond Manufacturers, Inc.**, by delivering to and leaving with (Person served) Rudy Saez , (Title) _____, a true and correct copy of said documents. At the time of said service, (Person served) Rudy Saez stated that (s)he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc.**

(Person served) Rudy Saez is described as a male (fe)male, approximately 45 years of age, 145 lbs., 5'6" tall, with black hair and (other features) _____.

(PROCESS SERVER'S SIGNATURE)
William Benson
(PRINT NAME)

Sworn to before me this
27th day of December, 2007

Thomas A. Dill
Notary Public

THOMAS A. DILL
Commission # 1775746
Notary Public - California
Los Angeles County
My Comm. Expires Nov 21, 2011