UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
LAURA LITINSKY,

                Plaintiff,

    - against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC.; RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                Defendants.
-------------------------------------------------X

Case No. 07-cv-11475(RJS)

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA )
                          )ss.:
COUNTY OF           )

_William Benson_ (process server), being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On Monday, December 24, 2007, at approximately _12:56 P_ .m. at _3700 Wilshire Bl., L.A, CA 90010_ (address of service), deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthier with exhibits, Declaration of Kovacs and Memorandum of Law upon **Yeroushalmi & Associates, attorneys for Diamante The Diamond Manufacturers, Inc. and Rafael Zakaria**, by delivering to and leaving with (Person served) _Mike Jef_ , (Title) _____, a true and correct copy of said documents. At the time of said service, (Person served) _Mike Jef_ stated that (s)he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc. and Rafael Zakaria.**

(Person served) _Mike Jef_ is described as a _male_ (fe)male, approximately _45_ years of age, _200_ lbs., _5'9"_ tall, with _grey_ hair and (other features) _____.

                                    _[signature]_
                                    (PROCESS SERVER'S SIGNATURE)
                                    _William Benson_
                                    (PRINT NAME)

Sworn to before me this
_27th_ day of December, 2007

_Thomas A. Dill_
Notary Public

THOMAS A. DILL
Commission # 1775746
Notary Public - California
Los Angeles County
My Comm. Expires Nov 21, 2011