UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
LAURA LITINSKY,

      Plaintiff,     Case No. 07-cv-11475(RJS)

   - against -

              **AFFIDAVIT OF SERVICE**

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

      Defendants.
-------------------------------------------------X

STATE OF CALIFORNIA   )
            )ss.:
COUNTY OF        )

  JOHN J. GONZALEZ (process server), being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

  On __28th__ (day), __DECEMBER__, 2007, at approximately __9__ : __50__ __a__ .m. at 4300 Promenade Way, #223P, Marina del Rey, CA 90292, deponent served the within Cover letter, Order to Show Cause, Summons in a Civil Case, Complaint with exhibits, Declaration of Litinsky with exhibits, Declaration of Ruthizer with exhibits, Declaration of Kovacs and Memorandum of Law; and Order, and Supplemental Declaration of Joshua Ruthizer In Support of Plaintiff Laura Litinsky's Order to Show Cause Requesting a Temporary Restraining Order and a Preliminary Injunction upon **Harold I. Gould, Agent for Service of Process for Diamante The Diamond Manufacturers**, by delivering to and leaving with Harold I. Gould, a true and correct copy of said documents. At the time of said service, Harold I. Gould stated that he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc.**

  Harold I. Gould is described as a __WHITE__ (fe)male, approximately __60__ years of age, __140__ lbs., __5__ ' __6__ " tall, with __brn__ hair and

(other features) __brn eyes__

                     _/s/_
                   (PROCESS SERVER'S SIGNATURE)
                   JOHN J. GONZALEZ
                   (PRINT NAME)

Sworn to before me this
___ day of January, 2008.

_/s/_
Notary Public

JHA'NEE MARLENE CARTER
COMM. #1743388
Notary Public · California
Los Angeles County
My Comm. Expires May 4, 2011