UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/08

LAURA LITINSKY,

               Plaintiff,

-v-

DIAMANTE THE DIAMOND
MANUFACTUERS, INC., *et al.*,

               Defendants.

No. 07 Civ. 11475 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

At the conference held before the Court on January 11, 2008, the Court adopted the following directives:

    Defendants Rafael Zakaria and Diamante the Diamond Manufacturers, Inc. ("Diamante"), shall each submit a letter by January 18, 2008, regarding their intent to oppose plaintiff's application for a preliminary injunction restraining defendant the Gemological Institute of America ("GIA") from transferring the diamond at issue in this action. Defendant Diamante's letter must be submitted by counsel, and not by Zakaria personally.

    Plaintiff shall submit a letter by January 18, 2008, regarding her intention to withdraw her claims against defendant GIA.

    Defendants time to answer the complaint in this action is hereby extended to January 25, 2008.

    The Temporary Restraining Order issued by this Court on December 26, 2007 — that was set to expire on January 11, 2008 — is hereby extended for an additional ten (10) days pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure. The Court finds good cause to extend the TRO on the ground that additional time is necessary to permit defendants Zakaria and Diamante to consider whether they intend to oppose plaintiff's application for preliminary injunctive relief, and to afford defendant an opportunity to retain counsel.

SO ORDERED.

DATED:    New York, New York
                January 11, 2008

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE