UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LAURA LITINSKY,    Case No. 07-CV-011475(RJS)

            Plaintiff,

-against-

**NOTICE OF APPEARANCE**

DIAMANTE THE DIAMOND
MANUFACTURERS, INC., RAFAEL
ZAKARIA, and THE GEMOLOGICAL
INSTITUTE OF AMERICA,

            Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant The Gemological Institute of America, Inc., appears in the captioned action by its undersigned counsel of record, DLA Piper US LLP, and demands that all papers be served upon the undersigned at the address set forth below.

Dated: New York, New York
      January 18, 2008

                          DLA PIPER US LLP

                          By: _____
                            Todd B. Marcus (TM-5404)
                          1251 Avenue of the Americas
                          New York, New York 10020-1104
                          (212) 335-4500
                          *Attorneys for Defendant*
                            *The Gemological Institute of America*

## CERTIFICATE OF SERVICE

    I certify that I am an attorney admitted to practice in this District and that on January 18, 2008, I caused to be filed a true and correct copy of the foregoing Notice of Appearance, which automatically will be served electronically by the Court's ECF system upon all counsel who have appeared in this action.

_____
Todd B. Marcus (TM-5404)