UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1\18\08
```

LAURA LITINSKY,

                Plaintiff,

-v-

DIAMANTE THE DIAMOND
MANUFACTURERS, INC., et al.,

                Defendants.

No. 07 Civ. 11475 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    By Order dated January 11, 2008, the Court directed defendants Rafael Zakaria and Diamante the Diamond Manufacturers, Inc. ("Diamante"), to submit a letter, by January 18, 2008, regarding their intention to oppose plaintiff's application for a preliminary injunction restraining defendant the Gemological Institute of America ("GIA") from transferring the diamond at issue in this action. By letter dated January 16, 2008, Zakaria asked this Court to extend the time for him to submit such a letter.

    IT IS HEREBY ORDERED that defendants Zakaria and Diamante shall submit a letter, by Tuesday, January 22, 2008, regarding their intention to oppose plaintiff's application for a preliminary injunction. Defendant Diamante's letter must be submitted by counsel, and not by Zakaria personally. In the event that defendants fail to submit a letter by that date, or indicate that they do not oppose plaintiff's application, the Court will enter a preliminary injunction that restrains GIA from transferring the diamond to *any* of the parties in this action. Thereafter, the Court will proceed to schedule further proceedings in this action.

SO ORDERED.

DATED:    New York, New York
               January 17, 2008

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE