UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LAURA LITINSKY,                                              :    Case No. 07-CV-011475(RJS)
                                                             :
                        Plaintiff,                           :
                                                             :
        -against-                                            :
                                                             :
DIAMANTE THE DIAMOND                                         :    **RULE 7.1 STATEMENT**
MANUFACTURERS, INC., RAFAEL                                  :
ZAKARIA, and THE GEMOLOGICAL                                 :
INSTITUTE OF AMERICA,                                        :
                                                             :
                        Defendants.                          :
------------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant The Gemological Institute of America, Inc., states that it has no corporate parents, affiliates, and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated:  January 25, 2008

                                                    DLA PIPER US LLP

                                                    By: _____
                                                        Todd B. Marcus (TM-5404)
                                                    1251 Avenue of the Americas
                                                    New York, NY  10020
                                                    Phone: 212-335-4500
                                                    Fax: 212-335-4501
                                                    E-mail: todd.marcus@dlapiper.com
                                                    *Attorneys for Defendant*
                                                      *Gemological Institute of America, Inc.*