UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
LAURA LITINSKY,

                Plaintiff,

  against

DIAMANTE THE DIAMOND
MANUFACTURERS, INC., RAFAEL
ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

                Defendants.
------------------------------------------------- X

Docket No.: 07-cv-11475 (RJS) (GWG) [ECF]

**CLERK'S CERTIFICATE OF DEFAULT**

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the entries in the above-entitled action indicate that the summons and complaint were filed on December 21, 2007, that defendant Diamante The Diamond Manufacturers Inc. ("Diamante") was served with true copies of the summons and verified complaint on December 24, 2007 by personal service upon Rudy Saez, an individual authorized to accept service of process at Diamante's business address, 550 South Hill Street, Los Angeles, California, and that proof of service was filed with the Court on January 7, 2008. I further certify that the entries in the above-entitled action indicate that defendant Rafael Zakaria ("Zakaria") was served with true copies of the summons and verified complaint on December 24, 2007 by personal service upon Rudy Saez, an individual authorized to accept service of process at Zakaria's business address, 550 South Hill Street, Los Angeles, California, and by sending a copy to Zakaria's business address via first class mail of the United States Postal Service, and that proof of service was filed with the Court on January 7, 2008.

      I further certify that the docket entries indicate that defendants Diamante and Zakaria have not filed an answer, appearance or otherwise moved with respect to the complaint and such defendant's time to respond has expired. The default of defendants Diamante and Zakaria is hereby noted.

Dated: New York, New York
          February 1, 2008

*J. Michael McMahon*
_____
CLERK