UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA LITINSKY,

                             Plaintiff,

    - against -

DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE
GEMOLOGICAL INSTITUTE OF AMERICA,

       Defendants.
------------------------------------------------------------X

**Case No. 07-cv-11475(RJS)**

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA      )
                                  )ss.:
COUNTY OF                       )

_ARMANDO BARRIOS_ *(process server)*, being duly sworn deposes and says that:

Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of California.

On Thursday, February 21, 2008, at approximately _11:30_ _a_.m. at _550 S Hill St. LA CA 90013_ *(address of service)*, deponent served the within Order to Show Cause for Default Judgment, Complaint with exhibits, Answer and Counterclaim of The Gemological Institute of America, Inc., Copies of Affidavits of Service of the Summons, Complaint and Order to Show Cause upon Rafael Zakaria and Diamante The Diamond Manufacturers, Clerk's Certificate of Default, Declaration of Joshua Ruthizer in Support o Plaintiff Laura Litinsky's Order to Show Cause Requesting A Default Judgment Against Defendnats Diamante The Diamond Manufacturers Inc. and Rafael Zakaria, and Proposed Default Judgment upon **Rafael Zakaria, President of Diamante The Diamond Manufacturers, Inc.**, by delivering to and leaving with *(Person served)* _Rudy Saez_, (Title) _CLERK_, a true and correct copy of said documents.

At the time of said service, *(Person served)* _RUDY SAEZ_

stated that (s)he was duly authorized to accept service of legal process for **Diamante The Diamond Manufacturers, Inc.**

*(Person served)* _RUDY SAEZ_ is described as a _ASIAN_ (fe)~~male~~, approximately _52_ years of age, _150_ lbs., _5'7"_ tall, with _Black_ hair and *(other features)* _____

_____
(PROCESS SERVER'S SIGNATURE)
_ARMANDO BARRIOS_
(PRINT NAME)

Sworn to before me this
_22ND_ day of December, 2007

_____
Notary Public

THOMAS A. DILL
Commission # 1775746
Notary Public - California
Los Angeles County
My Comm. Expires Nov 21, 2011