UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X Case No. 07-cv-11475(RJS)
LAURA LITINSKY,
            Plaintiff,       **AFFIDAVIT OF SERVICE**
    - against -
DIAMANTE THE DIAMOND MANUFACTURERS,
INC., RAFAEL ZAKARIA, AND THE
GEMOLOGICAL INSTITUTE OF AMERICA,
            Defendants.
---------------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF QUEENS  ) ss.:

Armando Barros____, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

On Feb. 21,_____, 2008, Deponent served the within Order to Show Cause for Default Judgment, Complaint with exhibits, Answer and Counterclaim of The Gemological Institute of America, Inc., Copies of Affidavits of Service of the Summons, Complaint and Order to Show Cause upon Rafael Zakaria and Diamante The Diamond Manufacturers, Clerk's Certificate of Default, Declaration of Joshua Ruthizer in Support o Plaintiff Laura Litinsky's Order to Show Cause Requesting A Default Judgment Against Defendnats Diamante The Diamond Manufacturers Inc. and Rafael Zakaria, and Proposed Default Judgment upon **Rafael Zakaria, President of Diamante The Diamond Manufacturers, Inc.,** by depositing a true and correct copy of said documents thereof enclosed in a securely sealed, fully post paid, first class mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to Rafael Zakaria at his place of business as follows:

    Rafael Zakaria
    C/o Diamante The Diamond Manufacturers, Inc.,
    550 S. Hill Street,
    LA, CA 90013

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

Sworn to before me this
5th day of March, 2008

_Thomas A. Dill_
Notary Public



THOMAS A. DILL
Commission # 1775746
Notary Public - California
Los Angeles County
My Comm. Expires Nov 21, 2011