

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
LAURA LITINSKY,

        Plaintiff,

  against

DIAMANTE THE DIAMOND
MANUFACTURERS, INC., RAFAEL
ZAKARIA, AND THE GEMOLOGICAL
INSTITUTE OF AMERICA,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 07 Civ. 11475 (RJS)

**DEFAULT JUDGMENT**

**WHEREAS**, on December 21, 2007, Plaintiff Laura Litinsky commenced this action against Rafael Zakaria ("Zakaria"), Diamante the Diamond Manufacturers Inc. ("Diamante") and the Gemological Institute of America ("GIA") by filing a Verified Complaint for (1) a declaratory judgment that she is the owner the 5.02 carat oval cut brilliant F-VVS2 diamond subject of GIA Certificate 12011455 and GIA Certificate 16434784 (the "Diamond"), or in the alternative that her possessory right to the Diamond is superior to all other parties to this action, and is entitled to complete and immediate possession of the Diamond, and (2) for an order of seizure pursuant to Fed. R. Civ. P. 64 and N.Y. C.P.L.R. 7109(b) directing the New York County Sheriff or the United States Marshall to seize the Diamond from Defendants and deliver the Diamond to Mrs. Litinksy or her counsel; and

**WHEREAS**, Zakaria and Diamante have failed to answer the Verified Complaint; and

**WHEREAS**, Mrs. Litinsky and GIA have entered into a Stipulation by which Mrs. Litinsky has dismissed with prejudice all claims against GIA, GIA has dismissed with prejudice all counterclaims against Mrs. Litinsky, and GIA has agreed to comply with any order entered by

the Court with respect to the Diamond and to maintain possession of the Diamond until such time as it receives an order of this Court directing GIA to deliver possession of the Diamond to Mrs. Litinsky; and

**WHEREAS,** Mrs. Litinsky has moved this Court to enter a Default Judgment against Defendants Zakaria and Diamante and to issue an order requiring GIA to transfer the Diamond to Mrs. Litinsky's complete and immediate possession;

**IT IS HEREBY ORDERED** that a Default Judgment is entered against Defendants Zakaria and Diamante pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure on all allegations and causes of action made against them in the Verified Complaint;

**IT IS FURTHER ORDERED** that Mrs. Litinsky is the owner of the Diamond and entitled to immediate and complete possession of the Diamond;

**AND IT IS FURTHER ORDERED** that GIA is to transfer possession of the Diamond to Mrs. Litinsky's complete and immediate possession within twenty (20) days of receipt of this Order.

Dated: March 14, 2008
New York, New York

SO ORDERED:

*[signature]*

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York